UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAN HERNANDEZ MEJIA, *et al.*, | Case No.1:23-cv-00836-EPG |
| Plaintiffs, | ORDER RE: STIPULATION FOR PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES |
| v. | |
| FORD MOTOR COMPANY, | (ECF No. 17). |
| Defendants. | |

Based on the parties' stipulation (ECF No. 17), IT IS ORDERED that[1]:

1. Defendant shall pay the sum of $6,500.00 in attorney fees, costs and expenses in a check made payable to the Knight Law Group and Plaintiffs shall accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

2. Defendant shall pay the sum of $6,500.00 to Plaintiffs within 60 days of November 13, 2023.

\\\

\\\

---

[1] The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c) with any appeal to the Court of Appeals for the Ninth Circuit. (ECF Nos. 20, 21, 22).

3. Further, the parties shall file appropriate dispositional documents by no later than January 19, 2024.

IT IS SO ORDERED.

Dated: __December 11, 2023__         /s/ *Erica P. Grosjean*
                                     UNITED STATES MAGISTRATE JUDGE